**EXHIBIT 2**

BEFORE THE
OFFICE OF ADMINISTRATIVE HEARINGS
STATE OF CALIFORNIA

IN THE MATTER OF:

PARENT ON BEHALF OF STUDENT,

v.

ANTIOCH UNIFIED SCHOOL DISTRICT.

OAH CASE NUMBER 2020020567

ORDER DENYING MOTION FOR RECONSIDERATION

MARCH 25, 2020

On March 12, 2020, the undersigned Administrative Law Judge issued an order granting Antioch Unified School District's motion to dismiss, on the grounds that Antioch was not a proper party to the action. Additionally, Student raised one issue that was not within the jurisdiction of the Office of Administrative Hearings, referred to as OAH. On March 23, 2020, Student filed a motion for reconsideration. On March 25, 2020, OAH received an opposition to Student's motion from Antioch.

APPLICABLE LAW

The Office of Administrative Hearings will generally reconsider a ruling upon a showing of new or different facts, circumstances, or law justifying reconsideration, when the party seeks reconsideration within a reasonable period of time, generally within ten

days. (See, e.g., Gov. Code, § 11521; Code Civ. Proc., § 1008.) The party seeking reconsideration may also be required to provide an explanation for its failure to previously provide the different facts, circumstances or law. (See *Baldwin v. Home Savings of America* (1997) 59 Cal.App.4th 1192, 1199-1200.)

## DISCUSSION

Student offers no new facts, circumstances or law to support reconsideration. Instead, Student cites to legal authority previously raised by Student and Antioch and argues that the ALJ misinterpreted the law. Student requests that "the ALJ review the applicable law . . . ." The undersigned ALJ reviewed all the law cited by Student and Antioch.

Student is correct that there is significant legal authority supporting the argument that pupils attending private schools are entitled to an offer of a free appropriate public education from their school district of residence. This legal authority does not support Student's position. Student is not enrolled in a private school. Student is enrolled in a public charter school, which has offered him an IEP. Student's reliance on 34 C.F.R. §§ 300.130 and 300.36 does not change the analysis, because 34 C.F.R. § 300.130 only applies to private schools.

Importantly, Student does not bring any legal authority to support the notion that a student enrolled in a California charter school is entitled to an offer of a free appropriate public education from his district of residence. No such legal authority exists.

Finally, Student's motion for reconsideration is not timely, as it was not filed within ten days of the Order granting Antioch's motion to dismiss.

## ORDER

Student has not established the March 12, 2020, Order should be reconsidered. The motion for reconsideration is denied.

## IT IS SO ORDERED.

*Cararea Lucier* (DocuSigned)

Cararea Lucier

Administrative Law Judge

Office of Administrative Hearings

- Secure e-File Transmission: Based upon agreement of the parties to accept service through the OAH Secure e-file Transfer System, I caused the documents to be sent to the persons at the email addresses listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This declaration was executed at Sacramento, California on March 26, 2020.

DocuSigned by:

*Apryl-Lazell Davison*

531AA7EAE4D245C...

Apryl-Lazell Davison, Declarant

# DECLARATION OF SERVICE

# OAH CASE NUMBER 2020020567

I, Apryl-Lazell Davison, declare as follows: I am over 18 years of age and am not a party to this action. I am employed by the Office of Administrative Hearings. My business address is 2349 Gateway Oaks Drive, Suite 200, Sacramento, CA 95833. On March 26, 2020, I served a copy of the following documents in the action entitled above:

# ORDER DENYING MOTION FOR RECONSIDERATION

to each of the persons named below at the addresses listed after each name by the following methods:

Tania L. Whiteleather
Attorney at Law
tlwhiteleather@gmail.com

Matthew J. Tamel
Dannis Woliver Kelley
mtamel@dwkesq.com, ktrent@dwkesq.com
jharris@dwkesq.com